Oral argument is to be 30 minutes for the appellant, Ms. Blanford for the appellant. Good afternoon, may it please the court. The district court's error in this case is twofold. First, they've made erroneous findings of fact, and second, the court has applied the wrong legal standard because they did not have the benefit of this court's ruling in Matthews v. Parker, which is found at 807 F. 3rd, 756, 2015. We've requested an expert for two purposes. One is to have a neuropsychological evaluation of Mr. Foley, and one is to have an expert to review the ballistics in this case. And with regard to the neuropsychological evaluation and our request for funding for that, the district court states that Mr. Foley does not have a long history of head injuries, and that based on the state court's rulings at other stages of this case, the evidence is unpersuasive. Mr. Foley has had no less than 10 head injuries from infancy through age 21. Three are documented by medical records, and the remainder of the head injuries are documented by the testimony and affidavit from his mother and his brother. When he was an infant, when his umbilical cord fell off, his mother threw him across the room. She was a very young mother and inexperienced with infants, and simply did not know what she was doing at that time. What was the basis for that reaction, just out of curiosity? Could you explain that sentence in the record? She simply didn't know what she was doing. Who responds to not knowing how to care for a child by throwing them across the room? That was her response. That's what she testified to under oath, and that's what she swore in her affidavit. Did she have mental health problems, I guess? I'm sorry? Did she have mental health problems, I guess? I am not aware of any, and certainly none are presented in the record. So when Mr. Foley was four years old, he fell from his high chair through a window, and this is documented in her affidavit and testimony as well. When he was... These are all the testimony of the mother? Yes. Of course, we've read it, but what's the upshot of that? I'm sorry? What's the upshot of that? We see that he has a normal CT scan. Okay. Yes, that's correct. There is a normal CT scan. As an adult. In the record. I apologize to the court. I'm having a little difficulty hearing. I'm sorry. There is a normal CT scan, however, we cannot discount the fact that there might, in fact, be traumatic brain injury, even though that CT scan is negative. There is... So your words were, we can't discount that there might be, in the face of a CT scan? That's correct. Even just because there's a negative CT scan doesn't mean that there wasn't traumatic... Well, what would the neuropsychologist do? ...brain injury? We want the neuropsychologist to do Delis-Kaplan type testing to test Mr. Foley's executive function to determine whether there are impulse control issues or aggression issues that may, in fact, explain his behavior in this case. And why would that lead to clemency? I mean, if you have somebody who has documented problems that just support their dangerousness, why would that lead to clemency? Well, certainly, even in the district court's order, they acknowledge that head injuries can be mitigating evidence. And I think, coupled with a ballistics expert in this case, we need to be able to explain to the governor why. Mr. Foley deserves clemency, and... With clemency, everything's possibly mitigating, and this is both the good news for you and the bad news for you. The good news is an expert on anything is potentially relevant because clemency allows you to consider everything, but it surely can't be the case that you get an expert whenever you want, or for that matter, seven experts funded by the federal government. And that's not what we're asking the court for. As this court stated, excuse me, stated in Matthews, it has to be examined on a case-by-case basis. What's so concerning... Tell me a framing issue. As I understand it, this request for funds comes out of the murders related to two individuals. That's correct. And it has nothing to do with the prior capital convictions of the other four individuals? That's correct. So, what's it going to do? I mean, if you don't have a theory for all six, I'm not sure I'm following... I mean, he's not going to have more than one capital sentence inflicted on him, of course. That's correct. But this case, procedurally, is ahead of the case that involves four people. That case is still in the Kentucky Supreme Court. But there's only one clemency proceeding, right? So we will have clemency on... That's correct. We will be proceeding on clemency on this case first. Now, the theory... Why wouldn't it be about all six? I don't understand that. In theory, it could be about all six. It's not a very good clemency application to say the death sentence shouldn't be enforced for four or five of the murders. It just doesn't make any sense. Our expectation would be that the ballistics expert will support Mr. Foley's contention that the incident in this case was an act of self-defense, or perhaps imperfect self-defense under Kentucky law. That's one of the six murders, right? That's... Well, and he says he did not commit... It's not the second murder. He did not commit the second... He says he did not commit the second crime. And we believe the ballistics expert would support that theory as well. Now, with regard to the neuropsych, if the testing revealed that there were impulse control... I don't understand what you're going to do. Is the strategy that if you get these, you then have the four of the murders, presumably the neuropsychiatrist's testimony, I can't imagine you're not going to ask them about all six and how that affected all six. But then what's going to be mitigation as to two in terms of whether or why you committed the murders, self-defense or actual innocence, doesn't do you much good with the other four. So I assume you're going to want experts at that point for the other four murders? Because it's a clemency... There's no such thing as two clemency applications if the first one doesn't work. That's correct. So you're, of course, going to do all six murders. So what's the strategy? You'll get another expert then? No. The strategy would be to use the expert that we have here. So as to the other four murders, you're saying you have no other clemency mitigation strategy other than the neuropsychiatrist's? We aren't even close to considering mitigation strategy in that case because we're focusing on this case right now. This is the furthest along. So you're not willing to say there's just two experts needed? You're not willing to say, as to the clemency application for your client to this governor, you're not going to need more than two experts? We're not going to need more than two experts? You're not willing to say that you're just going to need two experts? Will there be only one? I understand you can't have two clemency proceedings for a particular case. Will there be... Let's say you bring this. And four years later, these other cases are final. Will there be... And he's still alive. Would you be bringing... Are you allowed to bring another petition with respect to these other convictions and sentences? Another petition for clemency? Yes. Absolutely. Okay. We are allowed to do that. Okay. So... But that's presuming a lot of factors beforehand, that he's still alive, mainly. Right. Right. Because if we lose the clemency petition, then he's next on the list. So you're telling me, under Kentucky law, when an execution date is set, if one is set for this individual, no one will talk about or think about the other four murders? That seems totally bizarre. Well, I guess... Of course the governor's going to factor in to the decision. Yes, there's been six different capital convictions. You only can implement one of those sentences. So you're going to have the whole thing debated. I'm not expecting you to tell me your strategy. But what I'm assuming is that if you win here, of course you're going to want experts to talk about the other four murders. I can't imagine any other approach. That's what I'd do if I were in your shoes. And I'm just trying to say that shows one of the problems we have and the district court has with this case. But it would seem to me that at least with regards to the neuropsychological expert, he could be used in the second case. Of course. That's why I asked whether you would have any strategy about the why and wherefore as to the four murders, the way you do as to one and maybe two of these murders. In other words, was it self-defense? Was he actually innocent? Did someone else commit the murder? Right. Those types of things. Right. And the answer is you don't know. Right now. The answer is I can't commit to that at this point because we aren't there yet. I mean, certainly I can envision that we would reuse this neuropsychiatrist. So what part of the Judge Reeves' decision, what page do I go to and look at it and say there's the legal heir? Okay. We start on page... I'm referring to page ID number 610 and that's document 142, the judge's opinion. I think it's page 14 of his opinion. Opinion. Do you have them numbered that way? I can see the 610 and I'm just saying to my colleagues it's page 14 of the opinion. So just tell me where's the heir on that page legally. Okay. So in the opinion the court says Foley does not have a long history of multiple head injuries, history of childhood development issues, and is not of extremely low intelligence. Our position is with regard to the long history of multiple head injuries, that's not supported by the record. Just to be clear, I'll try to talk louder. You tell me if you're not hearing me, but I was asking for legal heirs. Where are the legal heirs in his opinion? So that would be a factual heir. So where are the legal heirs? The legal heir lies where the court says on page 611 that Foley's competency and mental health have been discussed and analyzed in the judge numerous times before this court and others and his arguments have consistently been found to be without legal merit. In fact, the record is replete with multiple findings and then the court goes on in the next to last paragraph and says all of this evidence that's been presented is simply unpersuasive. The legal heir is in relying on the numerous, as the court states, the numerous or the prior findings throughout this litigation. So for example, the state court findings about whether it was reasonably necessary to get an expert then. That's correct. So I think I understand what you're saying and I didn't read the district court decision to say it's claim preclusion or res judicata. I don't read the decision to say that. What I do read the decision to be saying is we're not the first people to be looking at this. That's correct. I think that was a relevant question for him and I guess I feel like it's a relevant question for us particularly on abusive discretion review. If a state court was asked a similar question about a neuropsychiatrist or a claim reconstruction expert or a murder reconstruction expert and they thought it wasn't reasonably necessary why isn't that relevant? It seems to me it's relevant. Matthews says that the prior rulings do not foreclose funding. He didn't say that. That would be claim preclusion or issue preclusion. He didn't say it forecloses inquiry. He just said it's relevant or impliedly said it's relevant. Well, it doesn't really even say that it's relevant because it talks about clemency being different than litigation and that just because you're not able to meet a particular legal standard doesn't mean this expert is not reasonably necessary for purposes of clemency because the governor's discretion as to clemency is unfettered and so whether or not we've been able to meet the legal standard for ineffective assistance of counsel or failure to have a competency hearing it's not the decisive factor under Matthews and I would contend that it's not the correct legal standard to apply. The other important aspect The district court was using the same legal standard Didn't the district court specifically recognize that just because he was unsuccessful on the other habeas, etc. that the clemency was different? The court did recognize that clemency is different however, when you read the opinion the court doesn't offer any explanation for its ruling other than the erroneous factual finding that I've pointed you to and referring throughout the opinion to well he lost here, he lost here, he lost here so therefore it's unpersuasive I found no other explanation for the court's ruling than the prior rulings in this litigation The other important aspect to note about this case throughout all of this litigation Mr. Foley has never been evaluated He wasn't evaluated for competency He's never been evaluated by KCPC He was never a part of his defense to any of these murders? That's correct And I imagine I forget whether I know this that ineffective assistance of counsel has been examined for failure to bring up these potential mental issues The way that the 1142 issue was framed in this case was two-fold One, whether he was competent and two, whether counsel was ineffective for failing to put on the testimony from mom and brother in terms of mitigation and the court found no errors So there was no ineffective assistance argument in terms of putting on mitigation evidence at the capital sentencing hearing in terms of mitigation relating to psychological illnesses That's correct That was just not even argued It was that counsel should have investigated his head injuries was never argued All that was argued was incompetency That's correct, competency But as part and parcel of competency I'm just thinking there had to be some psychiatrist, psychologist testifying then I mean, they had to be talking about his mental function in any of these Well, now competency is different from what we're talking about here in terms We know that, we know that But Judge Cook's making the point that how can you have a debate about competency whether there was prejudice for not raising it without someone examining him to say there was a competency issue And if there was a competency issue that would relate to this It's not the same inquiry, but it would relate They said that competency wasn't a competency evaluation was not necessary because he didn't demonstrate any behavior that would put the judge on notice that there might be And that was in the context of ineffective assistance of counsel, right? Yes, that's correct And you're not claiming he's incompetent That's correct I don't know if I'm asking the same question Judge Cook is but I'm curious about this point At the ineffective assistance stage So your answer is the government's answer At the ineffective assistance stage which one would say is your client's lawyer should have investigated whether he was competent to stand trial, okay? So you have a legal standard, would someone normally do this? And you have to also show prejudice You can't make that second argument without someone examining the individual And that's what doesn't make any sense to me about there being no psychological examination ever In this whole record there's no psychiatrist's report No Psychologist's report So how did they try to argue prejudice? They were denied funding The defense attorneys were denied funding for an expert at the 1142 stage so I do not know how they planned to argue prejudice That leads you onto the argument though is the point I'm making You can't show prejudice without that information And that's why, I mean But you still say they made the argument Yes It sounds like well You can't make an argument about that That's where we are And the record before us today shows that there's never been any sort of psychological evaluation of Mr. Foley And so that's why we're here today asking for the funds for a neuropsychiatrist or neuropsychologist Apparently he's never exhibited any psychological problems They could only explain why courts would deny an expert or funding if counsel raised it I mean, I'm asking for your help with the record I don't know it as well as you But I take it that courts listened to a plea for funding and denied it Typically I mean, why? That's correct What was the rationale that was offered by courts The court found that it wasn't reasonably necessary No showing There was no showing that it was reasonably necessary Because, I mean, you know what was the underlying I don't know, but I'm thinking it had to be There's no, there's absolutely no evidence here He ran a business, he ran a trucking company He was a very functional person and didn't even raise that point Am I correct about that? They did not They being post-conviction counsel It wasn't until we got into the later stages of this litigation that medical records were found discussions were had with mom and brother about the nature of the headache You combine those two as if they're about the same But as we understand it there's only one medical record and it's a CT scan We only have mom He had some bruise or something in that medical record Am I wrong about that? I would point you to document 133 The appendix contains the medical records that are available for Mr. Foley It's page ID numbers 418 through 458 They document three head injuries, one being when he's thrown from a horse and two car accidents Any of these medical records? Medical records Versus mom's testimony I'm just trying to keep those two separate Versus mom's testimony These are separate medical records from a horse Just so I'm understanding I think I understood what you just said The pages you just gave us citations to are all medical records from hospitals that say he has head injuries and they're part and parcel of the CT scan that you've referred to. The CT scan is in with those records as well And then Mom's testimony is attached as well to one of our other documents I don't seem to have that in front of me So all of this is to say to this court that we think we have met the standard that was enunciated under Matthews We think that there is sufficient evidence of head injuries and that we've provided sufficient evidence What do you do with this point? I mean if I were the district court judge I might have said it's death penalty, it's clemency I'll give you one but not the other I can see myself doing that But that's not the question for us The question is not whether the three of us think it's reasonably necessary The question is whether the district court judge either made a legal error in thinking about it like saying I didn't have authority to do it or abused his discretion in the choice The problem for me in this case is if we call this an abuse of discretion I don't know when it wouldn't always be an abuse of discretion to deny expert fees Because this goes back to the point that so many things are relevant at clemency which helps but it also hurts because it suggests you'll always have room to argue that it could make a difference So that's my problem Okay, what I would suggest to the court is it would not be an abuse of discretion in the situation as is explained in Fountainberry versus Mitchell where there's already been an evaluation and they're requesting funds to do a second evaluation and they can't demonstrate that there's any benefit to that second evaluation We're asking for something that's never been done So as to the accident or the murder reconstruction that position would suggest there was not an abuse of discretion with denying that because we not only had the testimony by the non-expert at trial but we now have this report So under Fountainberry you would say that's not an abuse of discretion How would that be an abuse of discretion to focus on that one? In this case, it is an abuse of discretion because the district court's finding that the non-expert gave the testimony that Mr. Foley wanted put forward in front of the jury is not correct, it's not supported But the district court also acknowledged that the expert you want funded to do more studies has done a study What else would be added? This affidavit is pretty comprehensive and it says that he looked at more than what you say he looked at So what else would be involved in this? The expert has recommended that he be allowed to do computer animations and diagrams and that would be beneficial in explaining to someone who is not familiar with the facts of this case how it is that Mr. Foley's theory his explanation of self-defense and one victim shooting the other, how that is possible So that's How it's possible or probable? How it's I would say probable And where is that information that that's the additional work he would be doing? The expert does not state that in his affidavit, he doesn't state what the additional things would be but that is in our motion for expert funds and that I have to find the site for I apologize I